NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3230

### DEIRDRE M. BRAUD,

Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH315H090181-I-1.

ON MOTION

## O R D E R

Upon consideration of the Department of the Treasury's unopposed motion to reform the caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Dierdre M. Braud
    Richard P. Schroeder, Esq.
    Sara B. Rearden, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK